UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| PHYSICIANS COMMITTEE FOR RESPONSIBLE MEDICINE, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>THOMAS J VILSACK, et al.,<br><br>Defendants. | Case No. 16-cv-00069-LB<br><br>**JUDGMENT** |

On October 12, 2016, under Rule 12(b)(1), the court dismissed the operative complaint as non-justiciable and therefore for failing to invoke this court's subject-matter jurisdiction. Pursuant to Federal Rule of Civil Procedure 58, the court hereby ENTERS judgment in favor of the defendants and against the plaintiff. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: October 12, 2016

LAUREL BEELER
United States Magistrate Judge

JUDGMENT (No.16-cv-00069-LB)